The Western and Southern Life Insurance Company, appellant, v. Kazimiera Tomasun, appellee. Gen. No. 36,889.

Heard in the second division of

this court for the first district at the June term, 1933. 
Opinion filed March 6, 1934.

Hoyne, O'Connor & Rubinkam, for appellant. Daniel L. Madden, for appellee; Edward J. Kelley, of counsel.

Mr. Justice Gridley delivered the opinion of the court.